UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                         CHAPTER 13
Adrian Stafford Verwayne,
              Debtor.                    CASE NO. 17-51537 - BEM

## VOLUNTARY DISMISSAL UNDER SECTION 1307(b)

Comes now Debtor, Adrian Stafford Verwayne, by and through Debtor's attorney, and states as follows:

Under Section 1307(b) of the Bankruptcy Code, Debtor is entitled to have this Chapter 13 case dismissed at any time, and Debtor, by this motion, respectfully requests that such case be dismissed and the estate closed as soon as practicable.

WHEREFORE, Debtor, pursuant to Rule 1017(d) of the Rules of Bankruptcy Procedure, moves this Honorable Court to enter an order dismissing this case and closing the estate as soon as practicable.

12/19/17                                             /s/
Date                                                   Richard McCarthy, Attorney for Debtor
                                                      GA Bar No.
                                                      215 Pryor Street
                                                      Atlanta, GA 30303
                                                      (404) 524-6400
                                                      notices@kingkingllc.com

I hereby certify that I am voluntarily dismissing my Chapter 13 Bankruptcy Case. I understand that if a Motion for Relief from Stay of any sort has been filed in my case, I will not be able to file another Chapter 13 or Chapter 7 bankruptcy case for 180 days from the date of the Dismissal Order that lists debts involved in the Motion for Relief of Stay and probably not under any circumstances. Any liens avoided will be reinstated. Interest on unsecured debts will be reinstated for period in bankruptcy.

12/19/17                                             /s/
Date                                                   Adrian Stafford Verwayne

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          CHAPTER 13
Adrian Stafford Verwayne,
      Debtor.                              CASE NO. 17-51537 - BEM

**CERTIFICATE OF SERVICE**

      I hereby certify under penalty of perjury that I am more than eighteen years of age and that on this day I served a copy of the within Debtor's Voluntary Dismissal Under Section 1307(b) filed in this bankruptcy case upon the following by depositing a copy of same in US Mail with sufficient postage affixed thereon to ensure delivery to:

Mary Ida Townson
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303; Via E-notice

Adrian Stafford Verwayne
130 Wynfield Way
Atlanta, GA 30331


FLAGSHIP CREDIT ACCEPTAN

3 CHRISTY DR 201

CHADDS FORD, PA 19317



FREEDOM MORTGAGE

907 PLEASANT VALLEY AVE 3 MT

LAUREL, NJ 08054

Heritage Property Mgmt. Svcs., Inc.

500 Sugar Mill Road

Building B, Suite 200

Atlanta, GA 30350


Georgia Department of Revenue

1800 Century Blvd NE Suite 910

Atlanta, GA 30321


IRS

Centralized Insolvency Opera

P.O. Box 7346

Philadelphia, PA 19101-7346


ACCION EAST

115 E 23RD ST 7TH FL NEW

YORK, NY 10010


ALLY FINANCIAL

PO BOX 380901

BLOOMINGTON, MN 55438

CAPITAL ONE BANK USA NA

PO BOX 30281

SALT LAKE CITY, UT 84130


City of Atlanta, Dept. of Watershed Mgmt

P.O. Box 105275

Atlanta, GA 30348-5275


Comcast

P.O Box 530098

Atlanta, GA 30353-0098


FEDLOAN SERVICING

PO BOX 60610

HARRISBURG, PA 17106


HEIN & ASSOCIATES,P.C.

P.O. Box 597

Lovejoy, GA 30250

HS Financial Group

PO BOX 451193

Westlake, OH 44145


HS Financial LLC assignee Everest Fundin

c/o Woodard and Butler

PO Box 1906

Walterboro, SC 29488


LOANCARE SERVICING CENTE

3637 SENTARA WY 303

VIRGINIA BEACH, VA 23452


NAVIENT

PO BOX 9500

WILKES BARRE, PA 18773


Scana Energy

3340 Peachtree Rd NE

Atlanta, GA 30326

SLC STUD LOAN TRUST

701 E 60TH ST N

SIOUX FALLS, SD 57104

U S Department of Education

National Payment Center

P.O. Box 4169

Greenville, TX 75403-4169

YELLOWSTONE CAPITAL LLC

187 WOLF ROAD, SUITE 101

Albany, NY 12205

Alltran Financial, LP

P.O. Box 722929

Houston, TX 77272-2929

Constar Financial Services, LLC

3561 W Bell Road

Phoenix, AZ 85053-2965

(signature on the following page)

This _19_ day of _December_, 2017.

By: _Richard McCarthy /s/_
King & King Law, LLC
Richard McCarthy, Attorney at Law
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com